# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 16-10292
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
August 25, 2016

Lyle W. Cayce
Clerk

SABEENA MISHRA,

      Plaintiff - Appellant

v.

BANK OF AMERICA,

      Defendant - Appellee

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:14-CV-1521

Before JOLLY, SMITH, and GRAVES, Circuit Judges.

PER CURIAM:*

    This employment discrimination appeal follows cross-motions for summary judgment in which Sabeena Mishra's motion was denied, while Bank of America's motion was granted. The district court also denied Mishra's motions to strike and for additional discovery, and dismissed her claims with prejudice.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

No. 16-10292

This Court has considered this appeal on the basis of the briefs and pertinent portions of the record. Having done so, the judgment is affirmed, essentially for the reasons stated in the magistrate judge's report and recommendation, adopted by the district court.

**AFFIRMED.**